# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACKSON NDUNGU, | : CIVIL ACTION NO. 4:20-CV-2268 |
| Petitioner, | : (JUDGE MARIANI) |
| | : (Magistrate Judge Arbuckle) |
| v. | : |
| WARDEN CLAIR DOLL, | : |
| Respondent. | : |

## ORDER

AND NOW, THIS 12th DAY OF MAY 2021, upon review of Magistrate Judge William I. Arbuckle's Report and Recommendation ("R&R") (Doc. 12) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 12) is **ADOPTED** for the reasons set forth therein;

2. The Petition (Doc. 1) is **DENIED WITHOUT PREJUDICE**;

3. There is no basis for the issuance of a Certificate of Appealability;

4. The Clerk of Court is directed to **CLOSE THIS CASE**.

Robert D. Mariani
United States District Judge